# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Tomasz Klikuszowian | § | Case No. 15-22832 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 3,250.00 |
| Total Distributions to Claimants: 1,467.09 | Claims Discharged Without Payment: 323,401.12 |
| Total Expenses of Administration: 532.91 | |

3) Total gross receipts of $ 2,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 230,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 532.91 | 532.91 | 532.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,806.12 | 1,437.55 | 1,437.55 | 1,467.09 |
| **TOTAL DISBURSEMENTS** | $ 323,806.12 | $ 1,970.46 | $ 1,970.46 | $ 2,000.00 |

4)  This case was originally filed under chapter 7 on  07/01/2015 .  The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2017            By:/s/Zane L. Zielinski, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Van | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tomasz Klikuszowian | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306-0335 | | 230,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 230,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 494.16 | 494.16 | 494.16 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 28.75 | 28.75 | 28.75 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 532.91 | $ 532.91 | $ 532.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 4,814.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306-0335 | | 88,587.12 | NA | NA | 0.00 |
| 4 | Acp, Inc. | 7100-000 | 150.00 | 120.00 | 120.00 | 120.00 |
| 3 | Central Professional Group | 7100-000 | NA | 135.00 | 135.00 | 135.00 |
| 5 | Joliet Cntr. Clinical Research | 7100-000 | 75.00 | 79.80 | 79.80 | 79.80 |
| 1 | Mark Kijek Md | 7100-000 | 100.00 | 890.75 | 890.75 | 890.75 |
| 2 | Richland Grade School | 7100-000 | 80.00 | 212.00 | 212.00 | 212.00 |
| | Acp, Inc. | 7990-000 | NA | NA | NA | 0.52 |
| | Central Professional Group | 7990-000 | NA | NA | NA | 0.58 |
| | Clerk, United States Bankruptcy Court | 7990-000 | NA | NA | NA | 23.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Cntr. Clinical Research | 7990-000 | NA | NA | NA | 0.34 |
| | Mark Kijek Md | 7990-000 | NA | NA | NA | 3.83 |
| | Richland Grade School | 7990-000 | NA | NA | NA | 0.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 93,806.12 | $ 1,437.55 | $ 1,437.55 | $ 1,467.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-22832 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|

Case Name: Tomasz Klikuszowian

Date Filed (f) or Converted (c): 07/01/2015 (f)

341(a) Meeting Date: 07/30/2015

For Period Ending: 08/09/2017

Claims Bar Date: 11/16/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2.  Pnc Bank - Romeoville Illinois | 900.00 | 0.00 | | 0.00 | FA |
| 3.  Various Items Of Household Goods And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Various Used Books And Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Various Items Of Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6.  2003 Chrysler Sebring With 140000 Miles On It. | 1,500.00 | 0.00 | | 0.00 | FA |
| 7.  Van (u) | Unknown | 2,000.00 | | 2,000.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,250.00 | $2,000.00 | | $2,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee reached a settlement with the Debtor on an undisclosed vehicle.

Initial Projected Date of Final Report (TFR): 01/31/2017       Current Projected Date of Final Report (TFR): 01/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-22832
Case Name: Tomasz Klikuszowian

Taxpayer ID No: XX-XXX4266
For Period Ending: 08/09/2017

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1502
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/16 | 7 | Tomasz Klikuszowian Cashiere's Check PNC Bank | Sale of Vehicle | 1229-000 | $2,000.00 | | $2,000.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 02/03/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $522.91 | $1,467.09 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($494.16) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($28.75) | 2200-000 | | | |
| 02/03/17 | 5002 | Mark Kijek Md C/O Collection Professionals Inc. 723 First St. Lasalle, Il 61301 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $894.58 | $572.51 |
| | | | ($3.83) | 7990-000 | | | |
| | | Mark Kijek Md | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($890.75) | 7100-000 | | | |
| 02/03/17 | 5003 | Richland Grade School C/O Collection Professionals Inc. 723 First St. Lasalle, Il 61301 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $212.91 | $359.60 |
| | | | ($0.91) | 7990-000 | | | |
| | | Richland Grade School | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($212.00) | 7100-000 | | | |
| 02/03/17 | 5004 | Central Professional Group C/O Collection Professionals Inc. 723 First St. Lasalle, Il 61301 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $135.58 | $224.02 |
| | | | ($0.58) | 7990-000 | | | |

Page Subtotals: $2,000.00   $1,775.98

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-22832 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Tomasz Klikuszowian | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1502 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4266 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Central Professional Group | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($135.00) | 7100-000 | | | |
| 02/03/17 | 5005 | Acp, Inc. C/O Collection Professionals Inc. 723 First St. Lasalle, Il 61301 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $120.52 | $103.50 |
| | | | ($0.52) | 7990-000 | | | |
| | | Acp, Inc. | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($120.00) | 7100-000 | | | |
| 02/03/17 | 5006 | Joliet Cntr. Clinical Research C/O Collection Professionals Inc. 723 First St. Lasalle, Il 61301 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $80.14 | $23.36 |
| | | | ($0.34) | 7990-000 | | | |
| | | Joliet Cntr. Clinical Research | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($79.80) | 7100-000 | | | |
| 02/03/17 | 5007 | Tomasz Klikuszowian 16168 LAUREL OAK DRIVE CREST HILL, IL 60403 | Distribution of surplus funds to debtor. | 8200-002 | | $23.36 | $0.00 |
| 05/09/17 | 5007 | Tomasz Klikuszowian 16168 LAUREL OAK DRIVE CREST HILL, IL 60403 | Distribution of surplus funds to debtor. Reversal | 8200-002 | | ($23.36) | $23.36 |
| 06/01/17 | 5008 | Clerk, United States Bankruptcy Court 219 South Dearboon 7th Floor Chicago, Illinois 60604 | Unclaimed Funds | 7990-000 | | $23.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,000.00 | $2,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,000.00 | $2,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $224.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 15-22832    Doc 45    Filed 08/23/17    Entered 08/23/17 11:09:31    Desc Main
Document    Page 10 of 11

$2,000.00    $2,000.00

Exhibit 9

Page Subtotals: $0.00    $0.00

Case 15-22832   Doc 45   Filed 08/23/17   Entered 08/23/17 11:09:31   Desc Main
Document      Page 11 of 11

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1502 - Checking | $2,000.00 | $2,000.00 | $0.00 |
| | $2,000.00 | $2,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,000.00 |
| Total Gross Receipts: | $2,000.00 |

Page Subtotals:                                                    $0.00            $0.00